RAMON A. ALVELO v. HOWARD YEAGER.

May 14, 1974. Petition for certification denied.

HOWARD A. WEIN v. TOWN OF IRVINGTON AND
JOSEPH P. LORDI, ESSEX COUNTY PROSECUTOR.

May 14, 1974. Petition for certification denied. (See 126
*N. J. Super.* 410).

STATE OF NEW JERSEY v. WILLIAM EBRON.

May 14, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES McGANEY.

May 14, 1974. Petition for certification denied.

JOULE TECHNICAL CORPORATION v. NEW JERSEY BOARD
OF EXAMINERS OF ELECTRICAL CONTRACTORS.

May 14, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. CURTIS E. TOOMER.

May 14, 1974. Petition for certification denied.